IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DONALD A. MOORE, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELECTRONIC DATA SYSTEMS CORP., RONALD A. RITTENMEYER, JEFFREY M. HELLER, RAY L. HUNT, W. ROY DUNBAR, S. MALCOLM GILLIS, ELLEN M. HANCOCK, EDWARD A. KANGAS, JAMES K. SIMS, R. DAVID YOST, ERNESTO ZEDILLO and HEWLETT PACKARD COMPANY<br><br>    Defendants. | Civil Action No. 4:08-CV-00192-RAS-DDB |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of Dismissal with Prejudice filed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by Plaintiff Donald A. Moore ("Plaintiff Moore") and Defendants Electronic Data Systems Corp., Ronald A. Rittenmeyer, Jeffrey M. Heller, Ray L. Hunt, W. Roy Dunbar, S. Malcolm Gillis, Ellen M. Hancock, Edward A. Kangas, James K. Sims, R. David Yost, Ernesto Zedillo and Hewlett-Packard Company ("Defendants") on December 24, 2008 (Dkt. No. 42) dismissing with prejudice any and all claims and causes of action asserted in the above-captioned litigation, it is hereby ordered that the stay is lifted in the above-captioned litigation and any and all claims and causes of action asserted by Plaintiff Moore in the above-captioned litigation are dismissed with prejudice, with each party bearing its own expenses and costs of court.

**SIGNED this the 12th day of January, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE